IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:18-cv-00577-DDD-NYW

TORY C. HAMMOND,

    Plaintiff,

v.

KARMEN KOGER,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

    Before the Court is the recommendation (Doc. 125) of United States Magistrate Judge Nina Y. Wang that the court grant Defendant Sergeant Karmen Koger's motion for summary judgment (Doc. 118). The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 125 at 9 n.4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); and *In re Griego*, 64 F.3d 580, 583 (10th Cir. 1995).) The recommendation was docketed August 27, 2020, and no party has objected to the recommendation.

    In the absence of a timely objection, the court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the court has concluded that the recommendation is a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

The Report and Recommendation on Sgt. Koger's motion for summary judgment (Doc. 125) is **ACCEPTED** and **ADOPTED**;

Sgt. Koger's motion for summary judgment (Doc. 118) is **GRANTED**; and

Mr. Hammond's remaining Fourteenth Amendment claim against Sgt. Koger is **DISMISSED** with prejudice.

The Clerk shall enter judgment for Sgt. Koger, close the case, and mail a copy of this order to: Tory Hammond #184396, Fremont Correctional Facility (FCF), P.O. Box 999 Canon City, CO 81215-0999.

DATED: September 28, 2020     BY THE COURT:

Hon. Daniel D. Domenico